# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

**No. 00-1201**                               **September Term, 1999**

**Filed On: July 19, 2000** [530611]

United States Air Tour Association, et al.,
    Petitioners

v.

Federal Aviation Administration, et al.,
    Respondents

_____

**00-1212**

Grand Canyon Trust, et al.,
    Petitioners

v.

Department of Transportation, et al.,
    Respondents

**BEFORE:** Randolph, Rogers, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion for stay filed in No. 00-1201; the motion for summary denial of the motion for stay or, in the alternative, for an extension of time to respond to the motion for stay, the opposition to the motion for summary denial, and the reply; and the motion to consolidate No. 00-1201 and No. 00-1212 and the opposition thereto, it is

**ORDERED** that the motion to consolidate be granted.  It is

**FURTHER ORDERED** that the motion for summary denial of the motion for stay be granted.  Petitioners have not sought a stay from the agency in the first instance, nor have they demonstrated that seeking a stay from the agency would be impracticable.  See Fed. R. App. P. 18(a)(1) & (a)(2)(A).  It is

# United States Court of Appeals
#### FOR THE DISTRICT OF COLUMBIA CIRCUIT
---

**No. 00-1201**                                                                   **September Term, 1999**

     **FURTHER ORDERED** that the motion for extension of time to respond to the motion for stay be dismissed as moot.

<b><u>Per Curiam</u></b>