# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 00-1201**                    **September Term, 2000**

**Filed On: November 9, 2000** [555920]

United States Air Tour Association, et al.,
      Petitioners

    v.

Federal Aviation Administration, et al.,
      Respondents

_____

Grand Canyon Trust, et al.,
      Intervenors

_____

Consolidated with 00-1212

**BEFORE**:    Ginsburg, Tatel, and Garland, Circuit Judges

## O R D E R

Upon consideration of the motion of petitioners for stay of agency order and the supplements thereto, the opposition of respondents, which includes a notification of administrative stay of route and airspace rules, the oppositions of the intervenors, and the reply, it is

**ORDERED** that consideration of the motion for stay be deferred pending further order of the court.  It is

**FURTHER ORDERED**, on the court's own motion, that, on or before November 28, 2000 respondents file a report on the investigation concerning air routes.  Petitioners' response, if any, is due 7 days after the report is filed.

**Per Curiam**