# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-1201**                                                         **September Term, 2000**

                                        **Filed On: April 18, 2001** [590634]

United States Air Tour Association, et al.,
      Petitioners

    v.

Federal Aviation Administration, et al.,
      Respondents

_____
Grand Canyon Trust, et al.,
      Intervenors

_____
Consolidated with 00-1212

**BEFORE**:    Williams, Randolph, and Rogers, Circuit Judges

## O R D E R

Upon consideration of the motion for stay of final rule, the responses thereto, and the reply; and the motion for injunction pending review, the responses thereto, and the reply, it is

**ORDERED** that the motions be denied. Petitioners have not satisfied the stringent standards required for a stay or for the injunctive relief sought pending court review. See Washington Metropolitan Area Transit Commission v. Holiday Tours, Inc., 559 F.2d 841, 843 (D.C. Cir. 1977); Virginia Petroleum Jobbers Association v. FPC, 259 F.2d 921 (D.C. Cir. 1958); D.C. Circuit Handbook of Practice and Internal Procedures 32 (2000). It is

**FURTHER ORDERED**, on the court's own motion, that within thirty days of the date of this order, the parties show cause, in light of the issuance of the Modification of the Dimensions of the Grand Canyon National Park Special Flight Rules Area and Flight Free Zones, 66 Fed. Reg. 16,582 (March 26, 2001), why these petitions should

# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 00-1201**                                              **September Term, 2000**

not remain consolidated and a briefing schedule based upon this court's order filed November 17, 2000, establishing a joint briefing format for the consolidated petitions should not issue.

**Per Curiam**

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

BY:

                                       Deputy Clerk/LD